MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMT VENTURES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC and NATIONAL DEFAULT SERVICING CORPORATION<br><br>Defendants | CASE NO.:   2:22-cv-00298-JAD-EJY<br><br>**STIPULATION AND ORDER<br>TO WITHDRAW PLAINTIFF'S<br>MOTION TO RE-OPEN CASE**<br><br>ECF Nos. 8, 9 |

   IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, EMT Ventures, LLC and defendant, Specialized Loan Servicing, LLC by and though their respective counsel of record as follows:

   1. The plaintiff's motion to re-open filed with this court on March 10, 2022 as ECF 8 shall be withdrawn; and

///

///

1

2.  The dismissal of this case entered on March 8, 2022 shall remain.

Dated this 7th day of April 2022

| LAW OFFICES OF | TIFFANY & BOSCO, P.A. |
| MICHAEL F. BOHN, ESQ., LTD. | |

By: /s/ Michael F. Bohn, Esq./          By: /s/ Krista J. Nielson, Esq./
    Michael F. Bohn, Esq.                                          Krista J. Nielson, Esq.
    2260 Corporate Circle, Ste. 480                   10100 W. Charleston Blvd., Se. 220
    Henderson, Nevada 89119                           Las Vegas, NV  89135
        Attorney for plaintiff                                   Attorney for Defendant Specialized
                                                                                     Loan Servicing, LLC

IT IS SO ORDERED this day of   11th   April 2022

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ *Michael F. Bohn, Esq.*
    Michael F. Bohn, Esq.
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074
       Attorney for plaintiff

2